# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

LAVONCHECK DONELL THOMAS

NO. 2023 KW 0566

**AUGUST 11, 2023**

---

In Re: Lavoncheck Donell Thomas, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, Nos. DC-22-01484, DC-22-00742.

---

**BEFORE: WELCH, HOLDRIDGE, AND WOLFE, JJ.**

**WRIT DENIED.**

JEW
EW

**Holdridge, J.,** dissents and would grant the writ application.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT